| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 6/25/14 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 3:45 p.m. |
| DOCKET NO. | CV-12-6417 | JUDGE: | ILG |

CASE NAME:   Hernandez v. City of New York, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Settlement

APPEARANCES:   Plaintiff   Michael Hueston, Robert Feldman, Manuel Hernandez (pl.)
                Defendant   Ben Kuruvilla

SCHEDULING AND RULINGS:

1. Settlement discussions held; settlement offers and demands exchanged; settlement reached and essential terms placed on the record.

2. Counsel for the defendants will file a stipulation of dismissal upon completion of the settlement.

3. No further conferences are scheduled at present.