
| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Ben Kuruvilla<br>*Special Federal Litigation*<br>(212) 356-3513<br>(212) 788-9776 (fax)<br>bkuruvil@law.nyc.gov |

July 17, 2014

**Via ECF**
Hon. I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    Manuel Hernandez v. City of New York, et al.,
                 12-cv-6417 (ILG)(VVP)

Dear Judge Glasser:

       I represent the defendants in the above referenced case. I am writing jointly with plaintiff to advise that this matter has settled. Please find enclosed a Stipulation and Order of Dismissal, which is being submitted for the Court's endorsement.

       I thank the Court for its time and consideration of this request.

                                                    Respectfully submitted,

                                                      Ben Kuruvilla

cc:    Michael Hueston, Esq.        **By ECF**
       *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

MANUEL HERNANDEZ,

                                              Plaintiff,

              -against-

THE CITY OF NEW YORK, PHILIP ADASZEWSKI, LUIS
DESPAIGNE, GERALD FERGUSON, WILLIAM
PROKESCH and SHAHEED RAHEEM,

                                              Defendants.
----------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

12-cv-6417(ILG)(VVP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

            1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

MICHAEL O. HUESTON
*Attorney for Plaintiff*
16 Court Street, Suite 3301
Brooklyn, NY 11241
718-246-2900

By: _____
Michael O. Hueston
*Attorney for Plaintiff*

Dated: New York, New York
_____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Adaszewski, Prokesch, Despaigne, Ferguson and Raheem*
100 Church Street, Rm. 3-126
New York, New York 10007

By: _____
Ben N. Kuruvilla
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. I. LEO GLASSER
UNITED STATES DISTRICT JUDGE